FILE COPY

**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 12, 2015

Hon. Rachael Chong Walters
Thompson, Coe, Cousins & Irons, L.L.P.
700 N Pearl St, Fl 25
Dallas, TX 75201-2832
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00034-CV
Tr.Ct.No. CL-14-0614-F
Style:   MG v. Ellen Dudley, Individually and Agent for McAllen Hospitals, L. P. D/B/A
         McAllen Heart Hospital and McAllen Hospitals, L. P. D/B/A McAllen Heart
         Hospital and Trustaff Travel Nurses, LLC

Dear Counsel:

Upon review of the documents in the above cause, it appears that the cross-appellants' (Ellen Dudley and Trustaff Travel Nurses, LLC) appeal has not been timely perfected. Pursuant to Tex. R. App. P. 42.3, you are hereby given notice of this defect so that steps may be taken to correct the defect, if it can be done. If, after the expiration of ten days from the date this letter, this defect is not cured, this appeal shall be dismissed.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:pf
cc:    Hon. Gerald E. Castillo (DELIVERED VIA E-MAIL)
       Hon. Roberto (Bobby) Rene Garcia (DELIVERED VIA E-MAIL)